# **EXHIBIT A**

| DEFENDANT | TITLE | ADDRESS |
|---|---|---|
| KEVIN BAIN | Board of Director Member | 4088 East Lake Road, Canandaigua, Ny 14424 |
| JAMES E. BAUERSMITH | Board of Director Member | 404 Beaver Road, Edgeworth, PA 15143 |
| STEVEN LYNN AND LYNN CONSULTING, LLC | Board of Director Member | 2905 Saint Helen Circle, Silver Spring, MD 20906 |
| STEVEN AND ELIZABETH JEFFORDS | Board of Director Member | 632 Fairway Circle, Hillsborough, CA 94010 |
| MARK A. RECHAN | Board of Director Member | 64 Clinton Avenue, Montclair, NJ 07042 |
| JEFFREY AND IRIS WASSERSTEIN | Board of Director Member | 9 Downingtown Court, Warren, NJ 07059-7200 |
| ROBERT B. WEBSTER | Board of Director Member | 1573 Mallory Lane, Brentwood, TN 37027 |

| **Akorn Holding Company, LLC, et al.** <br> **Bankruptcy Case #23-10253** <br> **Transfers to Board of Director Members for Restricted Stock Unit ("RSU") Buy-Back** | | | | |
|---|---|---|---|---|
| **Transferor** | **Transferee** | **Transfer Date** | **Transfer Description** | **Transfer Amount** |
| Akorn Operating Company LLC | Bain, Kevin | 4/18/2022 | RSU Buy-Back | $ 46,860.00 |
| Akorn Operating Company LLC | Bauersmith, James E. | 4/18/2022 | RSU Buy-Back | $ 43,212.73 |
| Akorn Operating Company LLC | Jeffords, Steven and Elizabeth | 4/18/2022 | RSU Buy-Back | $ 43,212.73 |
| Akorn Operating Company LLC | Lynn, Steven | 4/18/2022 | RSU Buy-Back | $ 43,212.73 |
| Akorn Operating Company LLC | Rechan, Mark A. | 4/18/2022 | RSU Buy-Back | $ 42,955.00 |
| Akorn Operating Company LLC | Wasserstein, Jeffrey and Iris | 4/18/2022 | RSU Buy-Back | $ 43,212.73 |
| Akorn Operating Company LLC | Webster, Robert B. | 4/18/2022 | RSU Buy-Back | $ 62,480.00 |
| | | | | **$ 325,145.92** |